IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORNELIUS SMITH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00003-JRG |
| | § | |
| PRIME CEREAL, LLC, SERIES ONE OF | § | |
| PRIME CEREAL, LLC d/b/a THE LOCAL | § | |
| WASH AND THOMAS KNAPP, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Cornelius Smith ("Plaintiff") and Defendant Prime Cereal, LLC, Series One of Prime Cereal, LLC d/b/a The Local Wash and Thomas Knapp ("Defendant") (collectively, the "Parties"). (Dkt. No. 15.) In the Stipulation, the Parties stipulate to dismissal of the above-captioned case with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.*)

Having considered the Stipulation, the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims by and between the Parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 24th day of January, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE